IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE OFFICIAL STANFORD INVESTORS COMMITTEE and RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL., <br><br>    Plaintiffs, <br><br>v. <br><br>AMERICAN LEBANESE SYRIAN ASSOCIATED CHARITIES, INC., ST. JUDE CHILDREN'S RESEARCH HOSPITAL/ALSAC, ST. JUDE CHILDREN'S RESEARCH HOSPITAL and LE BONHEUR CHILDREN'S MEDICAL CENTER FOUNDATION, <br><br>    Defendants. | § § § § § § § § § § § § § § § § § § | Case No. 3:11-cv-00303 |

## MOTION TO DISMISS CLAIMS WITH PREJUDICE

The plaintiffs and the defendant, Le Bonheur Children's Medical Center Foundation, now known as Le Bonheur Children's Hospital Foundation, move for dismissal with prejudice of all claims brought by the plaintiffs against the this defendant, and for grounds, assert the following:

1.     The parties, through mediation, have agreed to resolve all pending claims and all claims that could have been brought by or on behalf of the plaintiffs against this defendant for an agreed upon settlement as per the terms of a Settlement Agreement and Release instrument entered into by the parties;

2.     The parties agreed that, following payment of the settlement amount as described in the Agreement, they would execute and file an agreed upon Motion to Dismiss the present lawsuit, with each party bearing its own costs and fees, discretionary and non-discretionary;

3. The parties acknowledge that the consideration set forth in the Agreement has been paid and that the case is, therefore, properly subject to the present Motion to Dismiss as to the Le Bonheur Defendant.

For these reasons, the parties jointly move for an Order dismissing the above-referenced case with prejudice as to Defendant, Le Bonheur Children's Hospital Foundation f/k/a Le Bonheur Children's Medical Center Foundation.

By its attorneys:

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

By:     s/Buckner Wellford
        BUCKNER WELLFORD

By:     s/Jacob A. Dickerson
        JACOB A. DICKERSON

EMMERT & PARVIN, L.L.P.

By:     s/Matthew W. Sparks
        MATTHEW W. SPARKS

OF COUNSEL:

Buckner Wellford (admitted pro hac vice)
BAKER DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, 18th Floor
Memphis, Tennessee 38103
(901) 526-2000 – telephone
(901) 577-2303 – facsimile

Jacob A. Dickerson (admitted pro hac vice)
BAKER DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, 18th Floor
Memphis, Tennessee 38103
(901) 526-2000 – telephone
(901) 577-0805 – facsimile

Matthew W. Sparks
EMMERT & PARVIN, L.L.P.
1701 N. Main St., Ste. 404
Dallas, Texas 75202
(469) 507-4507 – telephone & facsimile

Receiver: Ralph Janvey, Receiver

   s/David Arlington
c/o David Arlington
BAKER BOTTS L.L.P.
98 San Jacinto Blvd.
Suite 1500
Austin, Texas 78701]
Facsimile: (512) 322-8392
david.arlington@bakerbotts.com

**Counsel for Ralph Janvey, Receiver**


   s/Judith R. Blakeway
Judith R. Blakeway
State Bar No. 02434400
STRASBURGER & PRICE, LLP
2301 Broadway
San Antonio, Texas 78215
(210) 250-6004 – telephone
(210) 258-2706 – facsimile

**Counsel for the Official
Stanford Investors Committee**


## CERTIFICATE OF SERVICE

This is to certify that on April 21, 2016, a true and correct copy of the foregoing document has been served on all counsel of record through this Court's ECF system in accordance with Rule 5 of the Federal Rules of Civil Procedure and/or N.D. Texas Miscellaneous Order No. 61 (service on counsel who have consented to electronic service).

                              s/Judith R. Blakeway
                              JUDITH R. BLAKEWAY