IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE OFFICIAL STANFORD INVESTORS COMMITTEE and RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN LEBANESE SYRIAN ASSOCIATED CHARITIES, INC., ST. JUDE CHILDREN'S RESEARCH HOSPITAL/ALSAC, ST. JUDE CHILDREN'S RESEARCH HOSPITAL and LE BONHEUR CHILDREN'S MEDICAL CENTER FOUNDATION, <br><br> Defendants. | Case No. 3:11-cv-00303 |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Motion to Dismiss with Prejudice, it is hereby ORDERED that:

1. All claims in this action by Plaintiffs Receiver Ralph S. Janvey and The Official Stanford Investors Committee against Le Bonheur Children's Hospital Foundation are DISMISSED WITH PREJUDICE; and

2. The foregoing parties will bear their own costs, expenses, and attorneys' fees with respect to the dismissed claims.

SIGNED May 2, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE