IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE OFFICIAL STANFORD INVESTORS COMMITTEE and RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN LEBANESE SYRIAN ASSOCIATED CHARITIES, INC., ST. JUDE CHILDREN'S RESEARCH HOSPITAL/ALSAC, ST. JUDE CHILDREN'S RESEARCH HOSPITAL and LE BONHEUR CHILDREN'S MEDICAL CENTER FOUNDATION,<br><br>    Defendants. | §§§§§§§§§§§§§§§§§<br><br>Case No. 3:11-cv-00303-N-BG |

**AMENDED AGREED MOTION TO DISMISS CLAIMS AGAINST DEFENDANTS AMERICAN LEBANESE SYRIAN ASSOCIATED CHARITIES, INC., ST. JUDE CHILDREN'S RESEARCH HOSPITAL/ALSAC, AND ST. JUDE CHILDREN'S RESEARCH HOSPITAL, INC. WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Ralph S. Janvey, in his capacity as Court-appointed Receiver for Stanford International Bank, et al., and Plaintiff-Intervenor The Official Stanford Investors Committee (collectively, the "Plaintiffs") submit this Agreed Motion to Dismiss, with prejudice and without costs, all claims by the Plaintiffs against Defendants American Lebanese Syrian Associated Charities, Inc., St. Jude Children's Research Hospital/ALSAC, and St. Jude Children's Research Hospital, Inc. (collectively the "St. Jude Parties") in the above-referenced case.

## PRAYER

The parties have resolved their disputes and respectfully request that all claims by the Plaintiffs against the St. Jude Parties in the above-reference case be dismissed, with prejudice and without costs, and that the Court enter the attached Agreed Order of Dismissal.

Dated: June 30, 2016

Respectfully submitted,

**STRASBURGER & PRICE, LLP**
2301 Broadway
San Antonio, Texas  78215
Telephone:  (210) 250-6004
Facsimile:  (210) 258-2706

By: */s/ Judith R. Blakeway*
JUDITH R. BLAKEWAY
State Bar No. 02434400
judith.blakeway@strasburger.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2016, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Judith R. Blakeway*
Judith R. Blakeway