IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE OFFICIAL STANFORD INVESTORS COMMITTEE and RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>AMERICAN LEBANESE SYRIAN ASSOCIATED CHARITIES, INC., ST. JUDE CHILDREN'S RESEARCH HOSPITAL/ALSAC, ST. JUDE CHILDREN'S RESEARCH HOSPITAL and LE BONHEUR CHILDREN'S MEDICAL CENTER FOUNDATION,<br><br>　　　　Defendants. | Case No. 3:11-cv-00303-N-BG |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Agreed Motion to Dismiss with Prejudice, it is hereby ORDERED that:

1. All claims in this action by Plaintiff Receiver Ralph S. Janvey and Plaintiff-Intervenor The Official Stanford Investors Committee against Defendants American Lebanese Syrian Associated Charities, Inc., St. Jude Children's Research Hospital/ALSAC, and St. Jude Children's Research Hospital, Inc. are DISMISSED WITH PREJUDICE; and

2. The foregoing parties will bear their own costs, expenses, and attorneys' fees with respect to the dismissed claims.

SIGNED July 20, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE